IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No:   5:06cr15-MW
    USM No.  06189-017

RICKEY ELLIOT ROULHAC,

      Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This Court has considered, without hearing, Defendant's Motion for Reconsideration, ECF No. 98, filed August 21, 2015.

At the outset, this Court should note that it considered the entire record in denying Defendant's motion for sentence reduction.  This Court has again reviewed Defendant's reply including all attachments, ECF No. 96, as well as his motion for reconsideration.  ECF No. 98.

Lest there be any confusion, under Amendment 782, Defendant is not *entitled* to a sentence reduction.  This Court considered all the factors under 18 U.S.C. § 3553(a), and specifically found, and continues to find, that a lower sentence would not be sufficient in light of the aggravating factors in this case. While this Court considered Defendant's post-sentencing conduct, this Court reiterates that a sentence less than 300 months would be inadequate.

1

This Court has issued almost two hundred orders addressing motions filed pursuant to Amendment 782. Of the more than 80 defendants this Court determined were eligible for a sentence reduction, this Court denied a sentenced reduction in only two cases. Stated otherwise, this Court carefully considered Defendant's record and chose not to exercise its discretion to further reduce Defendant's sentence.[1]

The motion for reconsideration, ECF No. 98, is **DENIED**. Likewise, this Court denies Defendant's request for an evidentiary hearing.

**SO ORDERED on August 26, 2015.**

s/Mark E. Walker
**United States District Judge**

---

[1] Quite frankly, there is another issue regarding Defendant's designation as a career offender. This Court did not address the issue, however, having determined that it would not grant a sentence reduction.

2