IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:06cr15-MW/CJK

RICKEY ELLIOT ROULHAC,

    Defendant.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 108. No objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence, ECF No. 100, is **DENIED** to the extent Defendant seeks relief based on The Supreme Court's decision in *Johnson* and is otherwise **DISMISSED as untimely**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on October 20, 2017.**

                                       s/Mark E. Walker    
                                       **United States District Judge**